PENNNA RD CO v ROBINSON-RANS-
BOTTOM POTTERY CO et

SAGLE et v ROBINSON-RANSBOTTOM
POTTERY CO

Ohio Supreme Court
Nos 21543 & 21560.  Decided ·Jan. 15, 1930

Kinkade, Robinson and Day, JJ., con-
cur.  Marshall, CJ., not participating.

STATE ex COPE v COOPER, etc.

Ohio Supreme Court
No. 21985.  Decided Jan. 15, 1930

Kinkade, Robinson, Jones and Allen, JJ.,
concur.

NEIGHBORS v STATE

Ohio Supreme Court
No 21941.  Decided Jan. 15, 1930

Kinkade, Jones, Matthias and Allen,
JJ., concur.  Marshall, CJ., and Day, J.,
not participating.